**Motion Denied as Moot; Appeal Dismissed and Memorandum Opinion filed July 19, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00350-CV

---

**PRO-CARE MEDICAL CENTER AND INJURY MEDICAL CENTER, Appellant**

**V.**

**QUALITY CARRIERS, INC., GULF COAST EXPRESS CARRIERS, INC., AND BOBBY NIXON, Appellees**

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2014-16664**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from an order signed February 14, 2018. Appellant Pro-Care Medical Center and Injury Center, a defendant below, filed a notice of appeal from that order on April 30, 2018. On May 18, 2018, we notified the parties that it

appeared this court lacks jurisdiction because no final judgment or otherwise appealable order has been signed, and parties and claims remain pending in the trial court. We stated we would dismiss the cross-appeal on our own motion for lack of jurisdiction unless any party filed, by June 1, 2018, a response showing meritorious grounds for continuing the appeal.

On May 30, 2018, appellees Quality Carriers, Inc., Gulf Coast Express Carriers, Inc., and Bobby Nixon, plaintiffs below, filed a notice of cross-appeal from the February 14, 2018 order. On June 20, 2018, we notified the parties of our intent to dismiss the cross-appeal for lack of jurisdiction, because there still was no final judgment or appealable order. We stated we would dismiss the cross-appeal on our own motion for lack of jurisdiction unless any party filed, by July 2, 2018, a response showing meritorious grounds for continuing the cross-appeal.

No response has been filed to either our May 18, 2018 or June 20, 2018 notices.

We dismiss the appeal and cross-appeal for lack of jurisdiction, and we dismiss as moot Pro-Care Medical Center and Injury Center's motion for voluntary dismissal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown.